Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 17–32433–maw**

**In re:**

| | |
|---|---|
| Dustin J. Crowell | Mandy J. Crowell |
| 20 Deer Drive | 324 N. Front Street |
| New Bremen, OH 45869 | St. Marys, OH 45885 |

**Social Security No.:**

xxx–xx–3365    xxx–xx–1946

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT

AmeriCredit Financial Services, Inc. filed papers with the Court requesting relief from stay and abandonment of personal property. The preliminary hearing will not be held absent a response being filed with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before September 1, 2017 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Bruce C. French
PO Box 839
Lima, OH 45802–0839

| **Debtor's Attorney** | **Movant's Attorney** |
|---|---|
| Quentin M. Derryberry II | D. Anthony Sottile |
| PO Box 2056 | PO Box 476 |
| 15 Willipie Street Suite 220 | Loveland OH 45140 |
| Wapakoneta, OH 45895 | |

**And attend the hearing scheduled for:**
Thursday, September 14, 2017 at 9:30 AM
US Bankruptcy Court, 1716 Spielbusch Ave
Courtroom #2 Rm 103, Toledo OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** August 18, 2017    For the Court
Form ohnb233    Teresa D. Underwood, Clerk