```
                        United States Bankruptcy Court
                          Northern District of Ohio
In re:                                              Case No. 17-32433-maw
Dustin J. Crowell                                   Chapter 7
Mandy J. Crowell
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: sheym              Page 1 of 1              Date Rcvd: Aug 18, 2017
                              Form ID: 233             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
db            +Dustin J. Crowell,    20 Deer Drive,   New Bremen, OH 45869-1034
db            +Mandy J. Crowell,    324 N. Front Street,   St. Marys, OH 45885-2124
cr            +AmeriCredit Financial Services, Inc. A/C dba GM Fi,    P O Box 183853,
                Arlington, TX 76096-3853
cr            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 18 2017 21:33:44
                Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,   PO Box 165028,
                Irving, TX 75016-5028
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              Bruce C. French     brucecfrench@earthlink.net,
               bcfrench@woh.rr.com;bcf@trustesolutions.com;BCF@trustesolutions.net
              D. Anthony Sottile    on behalf of Creditor    AmeriCredit Financial Services, Inc. A/C dba GM
               Financial bankruptcy@sottileandbarile.com
              Quentin M. Derryberry, II    on behalf of Debtor Mandy J. Crowell qlaw@ureach.com,
               qdlawfirm@gmail.com
              Quentin M. Derryberry, II    on behalf of Debtor Dustin J. Crowell qlaw@ureach.com,
               qdlawfirm@gmail.com
                                                                                              TOTAL: 4
```

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
**Case No. 17−32433−maw**

**In re:**
   Dustin J. Crowell                                           Mandy J. Crowell
   20 Deer Drive                                                324 N. Front Street
   New Bremen, OH 45869                          St. Marys, OH 45885

**Social Security No.:**
   xxx−xx−3365                                                 xxx−xx−1946

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

AmeriCredit Financial Services, Inc. filed papers with the Court requesting relief from stay and abandonment of personal property. The preliminary hearing will not be held absent a response being filed with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before September 1, 2017 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Bruce C. French
PO Box 839
Lima, OH 45802−0839

**Debtor's Attorney**                                             **Movant's Attorney**
Quentin M. Derryberry II                                D. Anthony Sottile
PO Box 2056                                                      PO Box 476
15 Willipie Street Suite 220                             Loveland OH 45140
Wapakoneta, OH 45895

**And attend the hearing scheduled for:**
Thursday, September 14, 2017 at 9:30 AM
US Bankruptcy Court, 1716 Spielbusch Ave
Courtroom #2 Rm 103, Toledo OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** August 18, 2017                                                                             For the Court
Form ohnb233                                                                               Teresa D. Underwood, Clerk